# Third District Court of Appeal
## State of Florida

Opinion filed April 1, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0217
Lower Tribunal No. 23-24418-CA-01
_____

**Ramallah, Inc.,**
Appellant,

vs.

**Brickell Group Construction, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); The Law Offices of Eddy O. Marban, and Eddy O. Marban, for appellant.

South Florida Appeals, P.A., and Wm. Allen Bonner, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Tillman v. State</u>, 471 So. 2d 32, 35 (Fla. 1985) ("In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved."); <u>Belson v. Miller</u>, 314 So. 3d 525, 527 (Fla. 3d DCA 2020) ("We review a lower court's ruling on a motion to strike pursuant to Florida Rule of Civil Procedure 1.150 for abuse of discretion."); <u>F.V. Constr. Corp. v. Cmty. Bank of Fla., Inc.</u>, 106 So. 3d 1012, 1013 (Fla. 3d DCA 2013) ("A hearing on a motion to strike a pleading as a sham is not a hearing to resolve the merits of the issues, but to determine if there are any genuine issues to be determined."); Fla. R. Civ. P. 1.130(b) ("Statements in a pleading may be adopted by reference in a different part of the same pleading, in another pleading, or in any motion.").